IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Cleary, Dorian | Case Number: 07 B 01745 |
| | Judge: Wedoff, Eugene R |
| Printed: 8/12/08 | Filed: 2/1/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 26, 2008
Confirmed: May 17, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|   | Receipts | Disbursements |
|---|---:|---:|
|   | 9,458.57 |   |
| Secured: |   | 3,985.80 |
| Unsecured: |   | 0.00 |
| Priority: |   | 2,464.12 |
| Administrative: |   | 2,500.00 |
| Trustee Fee: |   | 508.65 |
| Other Funds: |   | 0.00 |
| Totals: | 9,458.57 | 9,458.57 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Gleason & MacMaster | Administrative | 2,500.00 | 2,500.00 |
| 2. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 3. | Triad Financial Services | Secured | 17,606.92 | 3,985.80 |
| 4. | Internal Revenue Service | Priority | 4,266.97 | 2,464.12 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 244.12 | 0.00 |
| 6. | Scott Credit Union | Unsecured | 2,536.43 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 304.55 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 331.79 | 0.00 |
| 9. | AmeriCash Loans, LLC | Unsecured | 1,679.74 | 0.00 |
| 10. | Illinois State Tollway | Unsecured | 15,341.26 | 0.00 |
| 11. | Triad Financial Services | Unsecured | 852.47 | 0.00 |
| 12. | Jefferson Capital | Unsecured | 279.99 | 0.00 |
| 13. | Aspire Visa | Unsecured | 962.82 | 0.00 |
| 14. | Monterey Financial Services | Unsecured | 264.80 | 0.00 |
| 15. | Jefferson Capital | Unsecured | 253.63 | 0.00 |
| 16. | AFNI | Unsecured | | No Claim Filed |
| 17. | AFNI | Unsecured | | No Claim Filed |
| 18. | American Collection Corp | Unsecured | | No Claim Filed |
| 19. | Aspire | Unsecured | | No Claim Filed |
| 20. | Collection | Unsecured | | No Claim Filed |
| 21. | City of Milwaukee | Unsecured | | No Claim Filed |
| 22. | ACC Consumer Finance | Unsecured | | No Claim Filed |
| 23. | Collection Company Of America | Unsecured | | No Claim Filed |
| 24. | US Cellular | Unsecured | | No Claim Filed |
| 25. | Credit Collection | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cleary, Dorian

Printed: 8/12/08

Case Number: 07 B 01745
Judge: Wedoff, Eugene R
Filed: 2/1/07

| | | | | |
|---|---|---|---|---|
| 26. | Creditors Alliance Inc | Unsecured | | No Claim Filed |
| 27. | Credit Collection | Unsecured | | No Claim Filed |
| 28. | Eufora | Unsecured | | No Claim Filed |
| 29. | University of Illinois CU | Unsecured | | No Claim Filed |
| 30. | Sprint | Unsecured | | No Claim Filed |
| 31. | Bally's | Unsecured | | No Claim Filed |

$ 47,425.49          $ 8,949.92

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 16.75 |
| 5.4% | 491.90 |

$ 508.65

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mach_____